Gerald M. Fisher (SBN 60357)
gfisher@lordbissell.com
Robert S. Crowder (SBN 199556)
rcrowder@lordbissell.com
**LORD, BISSELL & BROOK**
300 South Grand Avenue, Eighth Floor
Los Angeles, California 90071-3119
tel. 213.485.1500
fax 213.485.1200

Attorneys for Defendants
ROBERT LYLE, *in personam*, SUSAN LYLE, *in personam*, LUXURY YACHT GROUP, LLC, a 38' INTREPID LAUNCH, her engines, tackle, apparel, furniture *in rem*, AND THE M/Y CORRIE LYNN, a registered vessel of St. Vincent, her engines, tackle, apparel, furniture, etc., *in rem*.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL PELLEGRINI,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT LYLE, *in personam*, SUSAN LYLE, *in personam*, LUXURY YACHT GROUP, LLC, a 38' INTREPID LAUNCH, her engines, tackle, apparel, furniture *in rem*, AND THE M/Y CORRIE LYNN, a registered vessel of St. Vincent, her engines, tackle, apparel, furniture, etc., *in rem*,<br><br>    Defendants. | CASE NO. C066775JCS<br><br>STIPULATION EXTENDING TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT<br><br>[No Order Necessary- L. R. 6-1(a)] |

Defendants Robert Lyle, *in personam*, Susan Lyle, *in personam*, Luxury Yacht Group, LLC, a 38' Intrepid Launch, her engines, tackle, apparel, furniture *in rem*, and the M/Y Corrie Lynn, a registered vessel of St. Vincent, her engines, tackle, apparel, furniture, etc., *in rem,* (collectively referred to as "Defendants") on the one hand, and

1

plaintiff Paul Pellegrini ("Plaintiff"), on the other hand, by and through their respective counsel, enter into a stipulation with regard to the following facts:

WHEREAS, Defendant's counsel has agreed to accept service of the summons and complaint on behalf of Robert Lyle, *in personam*, and Susan Lyle, *in personam*; and

WHEREAS, Defendant's counsel has been authorized to appear on behalf of all Defendants named in this lawsuit; and

WHEREAS, Plaintiff has agreed to give Defendants additional time to answer, move or otherwise respond to the Complaint.

NOW, THEREFORE, the parties hereby stipulate and agree that Defendants shall have up to and including January 5, 2007 to answer, move or otherwise respond to the Complaint in this action.

Dated: November 29, 2006           **LORD, BISSELL & BROOK**

                                   By: _____
                                   Gerald M. Fischer
                                   Robert S. Crowder

                                   Attorneys For Defendants
                                   **ROBERT LYLE,** *in personam*, **SUSAN LYLE,** *in personam*, **LUXURY YACHT GROUP, LLC, a 38' INTREPID LAUNCH,** her engines, tackle, apparel, furniture *in rem*, **AND THE M/Y CORRIE LYNN,** a registered vessel of St. Vincent, her engines, tackle, apparel, furniture, etc., *in rem*

Dated: November 29, 2006           **BIRNBERG & ASSOCIATES**

                                   By: _____
                                   Cory A. Birnberg

                                   Attorney For Plaintiff
                                   **PAUL PELLEGRINI**
                                   (See attached fax signature page)

Case 4:06-cv-06775-SBA   Document 10   Filed 12/01/06   Page 3 of 4

Nov. 29. 2006 1:39PM  Birnberg & Associates                   No. 0957   P. 3
NOV-29-2006 WED 11:47 AM LORD BISSELL & BROOK    FAX NO. 2134851200              P. 03

plaintiff Paul Pellegrini ("Plaintiff"), on the other hand, by and through their respective counsel, enter into a stipulation with regard to the following facts:

WHEREAS, Defendant's counsel has agreed to accept service of the summons and complaint on behalf of Robert Lyle, *in personam*, and Susan Lyle, *in personam*; and

WHEREAS, Defendant's counsel has been authorized to appear on behalf of all Defendants named in this lawsuit; and

WHEREAS, Plaintiff has agreed to give Defendants additional time to answer, move or otherwise respond to the Complaint.

NOW, THEREFORE, the parties hereby stipulate and agree that Defendants shall have up to and including January 5, 2007 to answer, move or otherwise respond to the Complaint in this action.

Dated: November 29, 2006                    **LORD, BISSELL & BROOK**

By:_____
   Gerald M. Fischer
   Robert S. Crowder

Attorneys For Defendants
**ROBERT LYLE,** *in personam*, **SUSAN LYLE,** *in personam*, **LUXURY YACHT GROUP, LLC, a 38' INTREPID LAUNCH,** her engines, tackle, apparel, furniture *in rem*, **AND THE M/Y CORRIE LYNN,** a registered vessel of St. Vincent, her engines, tackle, apparel, furniture, etc., *in rem*

Dated: November 29, 2006                    **BIRNBERG & ASSOCIATES**

By:_____
   Cory A. Birnberg

Attorney For Plaintiff
**PAUL PELLEGRINI**
(See attached fax signature page)

2

## **ORDER**

No order is necessary pursuant to Local Rule 6-1(a).

LA 560316v1

Dated:  November 30, 2006



IT IS SO ORDERED

Judge Joseph C. Spero

United States District Court, Northern District of California

Lord, Bissell & Brook
300 South Grand Avenue, Eighth Floor
Los Angeles, California 90071-3119